**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-7997**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JESUS FRANCISCO ROMERO-GONZALEZ, a/k/a Jose E.
Romero, a/k/a Jesus Gonazales, a/k/a Juan
Pablo Martinez,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Gerald Bruce Lee, District
Judge.  (CR-99-244-A, CA-01-844-AM)

_____

Submitted:  February 14, 2002      Decided:  February 27, 2002

_____

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Jesus Francisco Romero-Gonzalez, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jesus Francisco Romero-Gonzalez seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Romero-Gonzalez, Nos. CR-99-244-A; CA-01-844-AM (E.D. Va. Oct. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED